Duration: 38 minutes
Proceeding via: ☐ Video Conference ☐ AT&T ☑ In Person

DOCKET No. 22mj5029

DEFENDANT Saadah Masoud

**ORIGINAL**

AUSA Lindsey Keenan

DEF.'S COUNSEL Donald DuBouolay
☐ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☑ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.

DATE OF ARREST 6/14/2022
TIME OF ARREST 11:05am
TIME OF PRESENTMENT 5:29pm

☐ VOL. SURR.
☐ ON WRIT

☐ Other: _____

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ SEE TRANSCRIPT

☐ DETENTION ON CONSENT W/O PREJUDICE        ☐ DETENTION: RISK OF FLIGHT/DANGER
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $75,000     PRB  ☑ 2      FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☑ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☑ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION   ☑ HOME DETENTION   ☐ CURFEW   ☐ STAND ALONE MONITORING
☑ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS    ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☑ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: 6-21-22

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

Mr. Masoud may leave his home for verifiable employment and verifiable school.

Mr. Masoud is to be evaluated to determine if mental health treatment is needed. If so, he is to engage in treatment as recommended.
Mr. Masoud is directed to resolve any outstanding warrants.

Mr. Masoud must report to pretrial services on June 15, or the morning after release if you are not released today. The monitoring equipment will be installed at that time.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

☐ CONFERENCE BEFORE D.J. ON _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED
☐ PRELIMINARY HEARING IN SDNY WAIVED

☐ DEFENDANT TO BE REMOVED
☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 7-6-22

☐ ON DEFENDANT'S CONSENT

DATE: 6/14/2022

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE     PINK – U.S. ATTORNEY'S OFFICE     YELLOW – U.S. MARSHAL     GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016